UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
OCT 18 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

Cassandra Wilbur )
)
Plaintiff, )
)
v. ) Case No. 3:24-cv-864
)
Wakefield & Associates, LLC )
) **JURY TRIAL DEMANDED**
Defendant, )
)

# AMENDED COMPLAINT

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Cassandra Wilbur, an individual consumer, against Defendant, Wakefield & Associates, LLC, for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331.

3. Venue in this District is proper in that the Defendants principal address is in Fort Morgan, CO

## III. PARTIES

4. Plaintiff Cassandra Wilbur (hereinafter "Plaintiff") is a natural person residing in Charlotte, NC.

5. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

6. Plaintiff's alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal use.

7. Wakefield and Associates, LLC is a Utah corporation whose registered agent is Legalinc Corporate RA Services Inc with the principal place of business is located at 6135 Park South Drive Ste 510, Charlotte, NC, 28210

8. Defendant Wakefield and Associates, LLC is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

# IV. FACTS OF THE COMPLAINT

9. Defendant Wakefield and Associates, LLC (hereinafter as "Wakefield" or "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

10. From a date better known by the Defendant but Plaintiff guesstimates around 2022. Plaintiff received multiple letters from Wakefield attempting to collect debts allegedly owed to multiple originals creditors. (NH presbyterian medical center, NH imaging centers charlotte region, Novant health medical group)

11. In December 2023, Plaintiff started receiving multiple texts from Wakefield using different numbers. Attempting to collect on the debt from the creditors previously stated.

12. Each time Plaintiff would receive one of these texts. She would inform Wakefield that she is not going to pay for these debts.

13. However, these attempts did not stop Wakefield from continuing debt collection activity.

14. In good faith, On June 15, 2024. Plaintiff emailed the company to inform them that she will specifically not be paying any of the debts from (NH presbyterian medical center, NH imaging centers charlotte region, Novant health medical group). As she is in a tough financial

position and cannot afford to do so. Which is a violation of 15 U.S.C 1692c(c).

15. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, decreased ability to focus on task while at work, decreased FICO score, frustration, amongst other negative emotions.

## V. FIRST CLAIM FOR RELIEF
### Violations of 15 U.S.C. §1692c(c) – Communication in connection with debt collection

16. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

17. The Debt Collector violated the FDCPA.

18. The Debt Collector's violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

19. As a result of the above violations of the FDCPA, Defendant are liable to the plaintiff actual damages, statutory damages, attorneys fees and cost.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

1. Judgment for the violations occurred for violating the FDCPA;
2. Actual damages pursuant to 15 U.S.C 1692k(1)(2);
3. Statutory damages pursuant to 15 U.S.C 1692k(2);
4. Cost pursuant to 15 U.S.C 1692k(3);
5. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Cassandra Wilbur
9611 Neville Abbey Dr, APT 103 Charlotte, NC 28262
wilburcassandra29@gmail.com

*Cassandra W*